UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 5-29-20

---

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY
FUND, the CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW
YORK, and the NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS,

                Petitioners,

     v.

TALICO CONTRACTING INC.,

                Respondent.

No. 20-CV-3949 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. On May 21, 2020 Petitioners filed a complaint seeking confirmation of an arbitration award.

    In this Circuit, confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby:

    ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by June 12, 2020. Such materials shall include, at minimum, (1) a certified copy of the arbitral award and (2) sworn or certified copies of the underlying contracts at issue. Respondent's opposition, if any, is due on June 26, 2020.

Petitioners' reply, if any, is due on July 10, 2020.  Petitioners shall serve a copy of this Order on Respondent, and file proof of such service on the docket.

SO ORDERED.

Dated:   May 29, 2020
        New York, New York

                                          Ronnie Abrams
                                          United States District Judge