UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW YORK;
and NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS,

                    Petitioners,

       -against-

TALICO CONTRACTING INC.,
                    Respondent.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2021

20 **CIVIL** 3949 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 20, 2021, the petition to confirm the arbitration award is granted. Judgment is entered in the amount of $755,054.49, plus prejudgment interest calculated at a rate of 7.5% per annum from the date of the award December 18, 2019 through the date of judgment, in the amount of $104,414.73. Petitioners' requests for attorneys' fees in the amount of $1,437, costs in the amount of $70, and post-judgment interest at the statutory rate are also granted; accordingly, the case is closed.

**Dated:**  New York, New York
         October 21, 2021

                                              **RUBY J. KRAJICK**
                                                **Clerk of Court**
                              **BY:**
                                                **Deputy Clerk**